**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1513**

---

IN RE:  KATHLEEN BARBARA DAVIS,

Debtor,

-----------------------------------------

JULIAN BURKE; BURKE DUNWELL CORPORATION,

Plaintiffs - Appellees,

versus

KATHLEEN BARBARA DAVIS,

Defendant - Appellant,

MERRILL COHEN,

Trustee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-04-2015-8-AW; BK-02-24578; AP-03-1132)

---

Submitted:  September 29, 2005        Decided:  October 5, 2005

---

Before WILKINSON, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Kathleen Barbara Davis, Appellant Pro Se.  Jeffrey Mitchell
Orenstein, GOREN, WOLFF & ORENSTEIN, L.L.C., Rockville, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kathleen Barbara Davis appeals the district court's order denying her motion to reconsider a prior order dismissing her appeal from the bankruptcy court's order determining that a certain debt was non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A) (2000). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Burke v. Davis, Nos. CA-04-2015-8-AW; BK-02-24578; AP-03-1132 (D. Md. Apr. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED